# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

FREDERICK BANKS,                                                                               PETITIONER
REG. #05711-068

v.                                      No. 2:11CV00166 JLH/JTR

ANTHONY HAYNES, Warden,
FCI Forrest City                                                                                RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus is DENIED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 25th day of June, 2013.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE